UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00161 |
| | ) | JUDGE KNOWLES |
| CHARLES JASON JONES, | ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Unseal Indictment.

The motion advises that the defendant is now in custody. It is hereby ordered that the indictment

is unsealed.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE


Dated: __12/2/13__